## IN RE HALLE T.

The respondent father's petition for certification for appeal from the Appellate Court, 96 Conn. App. 815 (AC 25675), is denied.

*Steven R. Dembo* and *P. Jo Anne Burgh*, in support of the petition.

*Mary-Anne Ziewacz Mulholland*, assistant attorney general, in opposition.

Decided October 10, 2006

## GEBREHIWET MOKONNEN *v.* PRO PARK, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 625 (AC 25700), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*John T. Bochanis*, in support of the petition.

*David S. Rintoul*, in opposition.

Decided October 10, 2006

## STATE OF CONNECTICUT *v.* RICHARD R. QUINT

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 72 (AC 24389), is denied.

*April E. Brodeur*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided October 10, 2006